UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

PAUL VAN MANEN

                        Defendant.
-------------------------------------------------------------X

ORDER

18-CR-30-3 (PAC)

IT IS HEREBY ORDERED:

      Robert Soloway is appointed to represent Paul Van Manen as CJA counsel for the purpose of filing a 2255 motion, *Nunc Pro Tunc* June 15, 2022.

DATE:
June 15, 2022

*Paul A Crotty*
_____

   PAUL A CROTTY
United States District Judge