# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

December 15, 2022

BY ECF
Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   USA v. Paul Van Manen
      18 Cr. 030 (PAC)

Dear Judge Crotty:

I am assigned counsel for Paul Van Manen in connection with his 28 U.S.C. § 2255 motion, which is currently due today. I write without objection from the government, by AUSA Catherine Ghosh, to respectfully request an additional 30 days to submit our motion. An extension is needed because Mr. Van Manen has asked to review the motion before it is filed, and we would like to accommodate that request, including perhaps by making a personal visit with him to discuss it. It is therefore respectfully requested that the briefing schedule be extended by 30 days for Mr. Van Manen to review the motion. Accordingly, our papers would be due by January 16, 2023, the government's response by February 15, and reply by February 27.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:rp

12/16/2022
The briefing schedule is extended as proposed. SO ORDERED.