# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
David Stern　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5507

Rachel Perillo

January 13, 2023

BY ECF

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

　　　　Re:  USA v. Paul Van Manen; 18 Cr. 030 (PAC)

Dear Judge Crotty:

　　I am assigned counsel for Paul Van Manen in connection with his 28 U.S.C. § 2255 motion, which is currently due January 16, 2023. I write without objection from the government, by AUSA Catherine Ghosh, to respectfully request an extension to and including February 17, 2023 to submit the motion, with the government response due March 17, 2023. As stated in the previous request, the draft motion has been delivered to Mr. Van Manen and we have acknowledgment of its receipt at the prison, and by my client personally. However, Mr. Van Manen has been in quarantine from late December through approximately one week ago, and I have been unable to meet with him. I have an appointment arranged with the prison for Saturday, January 21 (counsel visits occur on Saturday only), and, given the seriousness of the matter, and complexity of some of the issues, I continue to believe it is important to meet at his request to go over the briefing before it is filed. Additionally, I have been following the *pro se* filings Mr. Van Manen is making in the still active Rule 33 litigation before your Honor, and am aware of his desire to discuss some of those matters as well.

　　If the Court has any questions regarding this application, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　1/19/2023
　　　　Extension granted.　　　　　　　　　*Robert A. Soloway*
　　　　SO ORDERED.
RAS:sc　　　　　　　　　　　　　　　　　　Robert A. Soloway

　　　　　*Paul A. Crotty*