

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2023

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    *United States v. Paul Van Manen*, S4 18 Cr. 30 (PAC)

Dear Judge Crotty:

      The Government writes to respectfully request that its opposition to the defendant's § 2255 motion, which is currently due March 17, 2023, be extended until April 17, 2023. The defendant, through his counsel, does not object to this request. This is the Government's first request for an extension of time to respond.

                                                 Respectfully submitted,

3/13/2023
Extension granted. SO
ORDERED.

*Paul A. Crotty*

                                             DAMIAN WILLIAMS
                                             United States Attorney

                            By:    /s/_____
                                               Ryan Finkel
                                               Catherine Ghosh
                                               Assistant United States Attorneys
                                               (212) 637-6612/1114

cc: Robert Soloway (via ECF)