Case 1:18-cr-00030-PAC   Document 426   Filed 04/27/23   Page 1 of 1

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

April 27, 2023

BY ECF
Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> 4/28/2023
>
> The requested extension is granted
>
> SO ORDERED
>
> Paul A. Crotty
> USDJ

Re: USA v. Paul Van Manen
    18 Cr. 030 (PAC)

Dear Judge Crotty:

I am assigned counsel for Paul Van Manen in connection with his 28 U.S.C. § 2255 motion. Movant's reply to the government's opposition is due Monday, May 1, 2023. This letter is submitted without objection from the government to request an extension of time to file Mr. Van Manen's reply. I am currently out of the country and will return May 8, 2023. An extension of two weeks from my return date, to and including May 22, is respectfully requested to provide counsel sufficient time to prepare Mr. Van Manen's reply.

Thank you very much for your attention. If the Court has any questions regarding this application, please contact my office.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:rp