UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>PAUL VAN MANEN,<br><br>                        Defendant | 18-cr-30 (AS)<br><br>OPINION AND ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case has been reassigned to me for all purposes. Defendant Paul Van Manen petitions the Court to vacate, set aside, or correct his criminal sentence, pursuant to § 28 U.S.C. § 2255. The Court will hold a hearing on the petition on **July 11, 2024, at 11 AM.**

      SO ORDERED.

Dated: June 28, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge