## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman     Tel: (212) 571-5500
Jeremy Schneider     Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

August 5, 2024

BY ECF

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

*Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 440.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: August 5, 2024*

Re: United States v. Paul Van Manen
Ind No.: S4 18 Cr. 30 (AS)

Dear Judge Subramanian:

    This parties have agreed to jointly request the remote (telephonic) appearance of Mr. Van Manen at the oral argument scheduled for August 7.  My office has been in contact with the facility in which the defendant is housed to advise staff of the date of the proceeding and that a request will be made for Mr. Van Manen to be provided access to a phone line to listen to the argument.  In furtherance of securing Mr. Van Manen's remote presence, a Proposed Order for the Court's consideration is delivered herewith.  It is respectfully requested that your Honor grant the instant request and sign the Proposed Order directing the Bureau of Prisons to facilitate Mr. Van Manen's remote appearance.

    Thank you very much for your attention.  Should the Court have any questions or observations, it is asked that the parties be contacted.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
UNITED STATES OF AMERICA,                                        :
                                                                 :
            -against -                                           :    Ind No: S4 18 Cr. 30 (AS)
                                                                 :
PAUL VAN MANEN,                                                  :    JUDICIAL ORDER
                                                                 :
                         Defendant.                              :
---------------------------------------------------------------- X

   WHEREAS, PAUL VAN MANEN, Reg # 79919-054, is currently serving a term of imprisonment at the Fort Dix FCI in New Jersey; and,

   WHEREAS, PAUL VAN MANEN, has made a legal motion with respect to which oral argument is scheduled to be presented in Court on Wednesday, August 7, 2024 at 11:00 AM, and the defendant has requested through counsel to be present <u>remotely</u> at the court proceeding;

   NOW, THEREFORE, IT IS HEREBY ORDERED, that the application is GRANTED, and the Bureau of Prisons is directed to connect PAUL VAN MANEN at the aforesaid date and time by telephone to the courtroom using the following information:

Phone Number:    646 452 4442
Meeting ID:      781 399 822 #
Passcode:

So Ordered:

_____
ARUN SUBRAMANIAN, U.S.D.J.
Dated: August 5, 2024