UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :

           -against -                                           :         Ind No: S4 18 Cr. 30 (AS)

                                                  :
PAUL VAN MANEN,                                         :         [~~PROPOSED~~] JUDICIAL ORDER
                                                  :
           Defendant.
-------------------------------------------------------------- X

       WHEREAS, PAUL VAN MANEN, Reg # 79919-054, is currently serving a term of imprisonment at the Fort Dix FCI in New Jersey; and,

       WHEREAS, PAUL VAN MANEN, has made a legal motion with respect to which oral argument is scheduled to be presented in Court on Tuesday, August 20, 2024 at 11:00 AM, and the defendant has requested through counsel to be present <u>remotely</u> at the court proceeding;

       NOW, THEREFORE, IT IS HEREBY ORDERED, that the application is GRANTED, and the Bureau of Prisons is directed to connect PAUL VAN MANEN at the aforesaid date and time by telephone to the courtroom using the following information:

Phone Number:    646 453 4442
Meeting ID:        781 399 822 #

So Ordered:

_____
ARUN SUBRAMANIAN, U.S.D.J.
  Dated: August 14, 2024