UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 18-cr-30 (AS) |
| PAUL VAN MANEN, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant filed a Notice of Appeal on September 9, 2024, ECF No. 449, and moved for a Certificate of Appealability, ECF No. 451. If the Government wishes to respond to Defendant's motion for a Certificate of Appealability, it should do so **on or before September 17, 2024**.

      SO ORDERED.

Dated: September 10, 2024
       New York, New York

                             ARUN SUBRAMANIAN
                             United States District Judge