UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>PAUL VAN MANEN,<br><br>　　　　　　　　Defendant. | 18-cr-30 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant filed a Motion to Reduce Sentence on September 16, 2024. ECF No. 454. The Government should respond to Defendant's Motion in a letter to the Court by **October 4, 2024**.

    SO ORDERED.

Dated: September 23, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge