# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

November 6, 2024

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Paul Van Manen
    18 Cr. 030 (AS)

Dear Judge Subramanian,

I represent Paul Van Manen in the above-referenced matter. I write seeking Court authorization nunc pro tunc to September 9, 2022 for reimbursement of printing services contracted to Servco Copy Center. This expenditure was so that I could obtain a hard copy of the trial transcript and other case transcripts and filings necessary to the work of preparing Mr. Van Manen's Section 2255 motion. The total cost of all such printing was five-hundred eighteen dollars and nineteen cents ($518.19).

I respectfully request reimbursement of this cost item, and apologize for the oversight of not seeking pre-approval of the Court.

RAS/sc

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 462.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 7, 2024