UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>PAUL VAN MANEN,<br><br>              Defendant. | 18-cr-30 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant, acting *pro se*, filed a Motion for Compassionate Release on December 26, 2024. If the Government wishes to respond, it should do so by **January 27, 2025**.

      SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                   United States District Judge