UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PAUL VAN MANEN,

Defendant.

18-CR-30 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Paul Van Manen was convicted of conspiracy to distribute and possess with the intent to distribute heroin and fentanyl resulting in death. He was sentenced to 276 months of imprisonment. In February 2022, Van Manen made a counseled motion for compassionate release, citing health issues and the threat of COVID-19. Judge Crotty denied this motion, Dkt. 392, and the Second Circuit affirmed, Dkt. 433. In December 2024, Van Manen moved again for compassionate release, acting *pro se*. Van Manen based that motion on his health conditions, record of rehabilitation, and family circumstances. The Court issued an opinion denying that motion "without prejudice to another motion if his circumstances change." Dkt. 469. In May 2025, Van Manen filed a letter requesting leave to supplement his motion for compassionate release. Dkt. 471. The letter contained additional information regarding Van Manen's health issues. The Court issued an order reiterating that "the motion for compassionate release would be denied even considering the information in the supplemental letter." Dkt. 472.

Van Manen has now filed another *pro se* motion for compassionate release. Dkt. 484. He also asks that the Court appoint him counsel in connection with that motion. Dkt. 483. However, his new motion is based on largely the same arguments as his previously rejected motions. Because Van Manen fails to identify changed circumstances justifying the relief he seeks, his motions are DENIED for the reasons identified in the Court's prior orders. *See* Dkts. 469, 472. The Clerk of Court is respectfully directed to close the motions at Dkts. 483 and 484.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge